UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

YONY SOSA, ON BEHALF OF HIMSELF AND
ALL OTHER PERSONS SIMILARLY SITUATED

Plaintiffs,

v.

LOCAL CPAP NEW YORK, LLC,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:20-cv-04860-LTS

ECF CASE

**Stipulation of Dismissal**

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, YONY SOSA, and Defendant, LOCAL CPAP NEW YORK, LLC, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated:  New York, New York
        August 31, 2020

| **GOTTLIEB & ASSOCIATES** | **GOETZ SCHENKER BLEE & WIEDERHORN LLP** |
|---|---|
| For Plaintiff: | For Defendant: |
| by:*s/Jeffrey M. Gottlieb, Esq.* | by:_____ |
| Jeffrey M. Gottlieb, Esq. | Jeffrey Rubinstein, Esq. |
| Gottlieb & Associates | Goetz Schenker Blee & Wiederhorn LLP |
| 150 East 18th Street | 101 Greenwich Street, 20th Floor |
| New York, NY 10003 | New York, New York 10006 |
| Email: Jeffrey@gottlieb.legal | Email: JRubinstein@gsbwlaw.com |
| Phone: (212) 228-9795 | Phone: (212) 363-6900, Ext. 37 |
| Fax:   (212) 982-6284 | Fax: (212) 363-1090 |

SO ORDERED:

_____
United States District Court Judge